PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

United States Courts
Southern District of Texas
FILED
FEB 03 2023
Nathan Ochsner, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

### FOR THE  \_\_\_Southern\_\_\_  DISTRICT OF TEXAS

### \_\_\_Houston\_\_\_ DIVISION

## PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

\_\_\_Deondray Raymond Mason\_\_\_
**PETITIONER**
(Full name of Petitioner)

\_\_\_Present Smith Unit\_\_\_
**CURRENT PLACE OF CONFINEMENT**

vs.

\_\_\_1986087\_\_\_
**PRISONER ID NUMBER**

_____
**RESPONDENT**
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)

_____
**CASE NUMBER**
(Supplied by the District Court Clerk)

---

### INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6. Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**What are you challenging?** (Check all that apply)

- [x] A judgment of conviction or sentence, probation or deferred-adjudication probation. (Answer Questions 1-4, 5-12 & 20-25)
- [ ] A parole revocation proceeding. (Answer Questions 1-4, 13-14 & 20-25)
- [x] A disciplinary proceeding. (Answer Questions 1-4, 15-19 & 20-25)
- [ ] Other: _____ (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**
Note: In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1. Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: ELLIS COUNTY NORTHERN DISTRICT

2. Date of judgment of conviction: APRIL 2018

3. Length of sentence: 7 YEARS

4. Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: ALL

-2-

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one)  ☐ Not Guilty   ☐ Guilty   ☒ Nolo Contendere

6. Kind of trial: (Check one)  ☐ Jury   ☒ Judge Only

7. Did you testify at trial?  ☐ Yes  ☒ No

8. Did you appeal the judgment of conviction?  ☒ Yes  ☐ No

9. If you did appeal, in what appellate court did you file your direct appeal? N/A

   _____N/A_____   Cause Number (if known): N/A

   What was the result of your direct appeal (affirmed, modified or reversed)? N/A

   What was the date of that decision? N/A

   If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

   Grounds raised: N/A

   Result: N/A

   Date of result: N/A   Cause Number (if known): N/A

   If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

   Result: N/A

   Date of result: N/A

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.  ☒ Yes  ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: N/A

    Nature of proceeding: N/A

    Cause number (if known): N/A

-3-

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: __N/A__

Grounds raised: __N/A__

Date of final decision: __N/A__

What was the decision? __N/A__

Name of court that issued the final decision: __N/A__

As to any <u>second</u> petition, application or motion, give the same information:

Name of court: __NA__

Nature of proceeding: __NA__

Cause number (if known): __NA__

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: __NA__

Grounds raised: __NA__

Date of final decision: __NA__

What was the decision? __NA__

Name of court that issued the final decision: __NA__

*If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.*

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?   ☐ Yes   ☒ No

(a) If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: _____

(b) Give the date and length of the sentence to be served in the future: _____

-4-

(c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future? ☑ Yes   ☐ No

**Parole Revocation:**

13. Date and location of your parole revocation: _____

14. Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation? ☐ Yes   ☐ No

If your answer is "Yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon?
☐ Yes   ☑ No

16. Are you eligible for release on mandatory supervision? ☑ Yes   ☐ No

17. Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: GURNEY, BYRD, PRICE DANIELS, CLEMMENS, BILL CLEMENTS, PRESTON SMITH

Disciplinary case number: ALL @ DISCIPLINARY CASES

What was the nature of the disciplinary charge against you? NA

18. Date you were found guilty of the disciplinary violation: NA

Did you lose previously earned good-time days? ☑ Yes   ☐ No

If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: ALL

Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status: N/A

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?
☑ Yes   ☐ No

If your answer to Question 19 is "Yes," answer the following:

Step 1 Result: N/A

-5-

Date of Result: __N/A__

Step 2  Result: __N/A__

Date of Result: __N/A__

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

    CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

A.   **GROUND ONE:** __CONFLICT OF INTEREST__

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

__REFER TO ALL DOCUMENTARY RECORDS PERTAINING TO CRIMINAL RECORDS__

B.   **GROUND TWO:** __FABRICATED AND FALSIFIED EVIDENCE/REPORT__

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

__REFER TO ALL DOCUMENTARY RECORDS PERTAINING TO CRIMINAL RECORDS__

—6—

C. **GROUND THREE:** INEFFECTIVENESS OF COUNSEL-ASSISTANCE

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

REFER TO ALL DOCUMENTARY RECORDS PERTAINING TO ALL CRIMINAL RECORDS

D. **GROUND FOUR:** _____

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

REFER TO DOCUMENTARY RECORDS PERTAINING TO ALL CRIMINAL RECORDS.

21. Relief sought in this petition: SUCH RELIEF IM ENTITLED TO UPON REVIEW OF REPORT.

-7-

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation or disciplinary proceeding that you are attacking in this petition?  ☑ Yes  ☐ No
If your answer is "Yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice, or (c) denied.

N/A

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)?  ☐ Yes  ☐ No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition?
☑ Yes  ☐ No

If your answer is "Yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

NEWLY FOUND EVIDENCE

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging?  ☑ Yes  ☐ No

If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. N/A

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At preliminary hearing:  N/A

   (b) At arraignment and plea:  N/A

   (c) At trial:  N/A

   (d) At sentencing:  N/A

   (e) On appeal:  N/A

   (f) In any post-conviction proceeding:  N/A

-8-

(g)   On appeal from any ruling against you in a post-conviction proceeding: _N/A_

**Timeliness of Petition:**

26. If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

_NEWLY FOUND EVIDENCE: VIOLATIONS OF THE AMERICAN WITH DISABILITIES ACT, CIVIL RIGHTS OF INCARCERATED PERSONS ACT, PUBLIC INFORMATION ACT, REHABILITATION ACT, AND RELIGIOUS LAND USE AND [illegible] INSTITUTIONALIZED PERSONS ACT COMMITTED BY THOSE DIRECTLY AND INDIRECTLY INVOLVED._

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d), provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on _____ JANUARY 13TH, 2023 _____ (month, day, year).

Executed (signed) on __1-13TH-23_____ (date).

_____
Signature of Petitioner (<u>required</u>)

Petitioner's <u>current</u> address: __1313 CR 19__

__LAMESA TX 79331__

—10—



NOTIFY PREA OMBUDSMAN

**Texas Department of Criminal Justice**

EMERGENCY

# STEP 1  OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: DEONDRAY RAYMOND MASON    TDCJ # 2199007
Unit: SMITH    Housing Assignment: ECB F1-24T
Unit where incident occurred: SMITH

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.
Who did you talk to (name, title)? RANKING OFFICIALS OF ECB/HIGHSECURITY    When? WITHIN PAST 336 HOURS
What was their response? RETALIATION BY MOVING ME TO F1-24 UNJUSTIFIABLY
What action was taken? NONE

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate
ON SEPTEMBER 27, 2022 I WAS UNJUSTIFIABLY DISCRIMINATED, RETALIATED, AND HARASSED DUE TO THE PAST SERIES OF EVENTS THAT HAS OCCURED SINCE MY PLACEMENT IN F1-14 CELL WHERE MULTIPLE INCIDENTS TOOK PLACE SINCE AUGUST 17, 2022 SUCH AS ME AND MY CELLY WERE DEPRIVED OF OUR FOOD CONTINOUSLY YET ALTHOUGH UPON REVIEW OF MOUNTED CAMERA FOOTAGE FROM AUGUST 17, 2022 TO SEPTEMBER 27, 2022 OFFICERS CONSTANTLY REFUSED US OUR FOOD AND THAT I WAS FORCED TO CREATE A DISTURBANCE BY SPLASHING WATER ON THE TABLE TO GET RANK DUE TO CO TAYLOR REFUSING TO CALL SUPERVISION AS I CONSISTENTLY REQUESTED AND, ALTHOUGH CAMERA FOOTAGE WILL SUPPORT THAT THE FALSIFIED ASSAULT ON AN OFFICER CASE WRITTEN AGAINST ME BY CO TAYLOR AND THE FACT THAT HE ADMITTED IN FRONT OF THOSE WHO RESPONDED TO THE ICS THAT EVEN THOUGH I DID NOT DASH HIM HE WILL STILL WRITE ME A CASE, I WAS FOUND GUILTY.
I'M BRINGING FORTH THE FACT THAT ON SEPTEMBER 26, 2022 MULTIPLE INCIDENTS OCCURED YET INSTEAD OF THE SAME RESULTS OF A CASE ME AND MY CELLY WAS PLACED IN F1-24 ON SEPTEMBER 27, 2022 WHICH I WAS NOT INVOLVED IN SUCH INCIDENTS YET I WAS STILL RETALIATED AGAINST BY WHOMEVER WAS INVOLVED IN THE MOVE BUT SUCH MOVE WAS UNJUSTIFIED AND DUE TO SUCH IS ALSO A NON-SANCTIONAL PUNISHMENT WHEN I HAD NOTHING TO DO WITH WHATEVER OCCURED.
NOT ONLY IS THIS UNJUSTIFIED WE WERE PLACED DIRECTLY IN FRONT OF CDO INMATES WHO ARE FULLY NAKED OTHER THEN A SUICIDE BLANKET WHICH I FEEL AS A TRANSGENDER IS CERTAINLY A VIOLATION OF TDCJ PREA RULES, REGULATIONS, POLICIES AND PROCEDURES WHICH BROUGHT UP TO ALL THE RANKING OFFICERS WHO'VE APPROACHED OUR CELL EVEN TO WARDEN WILLIAM, ASST WARDEN PARKER, ASST WARDEN MILLER, AND

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

THE REGIONAL PERSON WHO CAME ON THIS POD ON ECB 1 HIGH SECURITY ON SEPTEMBER 30, 2022 YET THEY REFUSED TO DO ANYTHING ABOUT SUCH AN EMERGENCY ISSUE AND DUE TO SUCH SERIOUS ~~ISSUE~~ REPORT I'M HOPING THAT PREA OMBUDSMAN IS IMMEDIATELY NOTIFIED TO PREVENT ANY ~~MORE~~ FURTHER RETALIATION WHICH COULD POSSIBLY RESULT IN LIFE-THREATENING RECKLESS ENDANGERMENT. MAIN INDIVIDUALS: WARDEN WILLIAM, ASST WARDEN PARKER, ASST WARDEN MILLER, MAJOR FOLEY, CAPTAIN MCINTIRE, CAPTAIN GONZALEZ, CAPTAIN BAZZARA, LT MILLER, LT TRIANA, SGT MATHIS, SGT HOSTROP, SGT SANCHEZ, SGT ACOSTA, AND MULTIPLE INDIVIDUALS THAT ARE IN THE SECURITY DEPARTMENT SUCH AS SNEEPRISON, OIG, STG, ETC WHO I DO FEEL MY ~~OR~~ LIFE IS IN DANGER UNDER SUCH SUPERIORS

**Action Requested to resolve your Complaint.** NOTIFY PREA OMBUDSMAN TO PREVENT ANY FURTHER RETALIATION ~~AND~~ THAT COULD POSSIBLY RESULT IN LIFE THREATENING RECKLESS ENDANGERMENT.

**Offender Signature:** [signature]    **Date:** 10-3-22

**Grievance Response:**

**Signature Authority:** ____    **Date:** ____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language.
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # ____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** ____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** ____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: ____ |
| Grievance #: ____ | |
| Screening Criteria Used: ____ | |
| Date Recd from Offender: ____ | |
| Date Returned to Offender: ____ | |
| 2nd Submission | UGI Initials: ____ |
| Grievance #: ____ | |
| Screening Criteria Used: ____ | |
| Date Recd from Offender: ____ | |
| Date Returned to Offender: ____ | |
| 3rd Submission | UGI Initials: ____ |
| Grievance #: ____ | |
| Screening Criteria Used: ____ | |
| Date Recd from Offender: ____ | |
| Date Returned to Offender: ____ | |

Appendix F

Dear Southern District Court of Houston,

I, Deondray Raymond Mason, TDCJ #2198087, aim to challenge the disciplinary actions proceedings of all 2022 major disciplinary cases on the grounds that such trials were unfair and unequal and that such incidents were either fabricated or falsified by the charging officers which were done with evil intent/motive to harass and retaliate against me.

Upon review of such legal documents that resulted in me being placed in closed custody (G5) along with the denial of my line class and custody level promotions I feel will be proven as frivolous and that such series of events has also held me falsely imprisoned and damaged my eligibility for parole for incidents that were handled improperly and were redundantly enhanced to major cases.

In the year of 2022 I've been accused of at least 8 major cases that in the preliminary investigation reports will present more then enough sufficient evidence to support my allegations that such incident reports lacked enough evidence to find me guilty of a major offense.

The most effective ground to prove I was retaliated, discriminated, and harassed is the conflict of interest that Ms. Contreras and Ms. Armendariz consistently deprived me of my right to due process and effective counsel assistance which multiple offenses I successfully appealed and presented evidence that was not included such as camera footage, witness statements, charging officer cross-examination stage, disciplinary hearing officers, etc yet still these counsel substitutes were given the duties to represent me in all my major cases on Preston Smith Unit.

United States Courts
Southern District of Texas
FILED
FEB 03 2023
Nathan Ochsner, Clerk of Court

JANUARY 18TH, 2023            5:22-CV-00301-H

UPON REVIEW OF ALL DOCUMENTARY RECORDS PERTAINING TO MY ENTIRE CRIMINAL HISTORY THOSE DIRECTLY AND INDIRECTLY INVOLVED CONTINUOUSLY COMMITTED VIOLATIONS OF THE AMERICAN WITH DISABILITIES, CIVIL RIGHTS OF INCARCERATED PERSONS ACT, PUBLIC INFORMATION ACT, REHABILITATION ACT, AND RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSONS ACT RESULTING IN FALSE IMPRISONMENT WHICH DURING MY INCARCERATION IN STATE CUSTODY SUCH ALLEGATIONS OF ASSAULT AND BATTERY, NEGLIGENCE, AND INTENTIONAL INFLICTION OF MENTAL AND EMOTIONAL DISTRESS WILL BE SUPPORTED BY THE DOCUMENTARY RECORDS AND, IF ANY, CAMERA FOOTAGE ALSO VIOLATING MY 1ST, 4TH, 5TH, 6TH, 8TH, 13TH, AND 14TH CONSTITUTIONAL AMENDMENTS WHICH HAS PLACED MY LIFE, LIBERTY, AND FREEDOM IN JEOPARDY.

DUE TO SUCH SEVERITY AND SERIOUSNESS OF SUCH COMPLAINT INVOLVING LIFE ENDANGERMENT, VOYEURISM, MEDICAL MALPRACTICE, AND A HEINOUS AMOUNT OF GOVERNMENTAL CODES AND TEXAS PENAL CODES IM REQUESTING THESE MATTERS TO BE REPORTED TO THE HIGHEST DEGREE OF AUTHORITY TO PREVENT ANY FURTHER RETALIATORY HARASSMENT, AND DISCRIMINATION DONE OUT OF EVIL INTENT/MOTIVE RESULTING IN ACTIONS THOSE DIRECTLY AND INDIRECTLY INVOLVED COULD POSSIBLY WARRANT AGAINST ME.

I AM IN FEAR THAT MY LIFE IS IN IMMINENT DANGER AND WISH TO BE GRANTED A IMMEDIATE TRANSFER OR ANY FORM OF RELEASE DURING SUCH CLAIM IM FILING.

MOTION FOR SPEEDY TRIAL BY JURY

I-128 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

DEONDRAY RAYMOND MASON
TDCJ# 2198087
SSI# 634502415
STATE ID# 08419467
GED ID# 1999613
STUDENT ID# 08054215

Appendix G
PRO SE LITIGANT REQUESTING GRANTING OF IN FORMA PAUPERIS.

Signature Authority:_____   Date:_____

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible.** *

☐ 3. **Originals not submitted.** *

☐ 4. **Inappropriate/Excessive attachments.** *

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language.**

☐ 6. **Inappropriate.** *

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened  ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened  ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |

As for my previous unit (Bill Clements) I have yet to receive relief for the damage, harm, and injury done for the two major cases I was charged with and that I was discharged ~~accepted~~ from the PAMIO program and transferred for a case that was under investigation then overturned which the same charging officer ~~was~~ fabricated another case for the same offense.

I arrived at Preston Smith Unit on May 5, 2022 and was scheduled for another review in September. Before the 2 major cases I caught at Bill Clements for 2022 my last major case was in August 2021 and if it wasn't for the 2 cases in 2022 at Bill Clements I would have successfully completed the PAMIO program which I would have surely been granted my Line 1 and G2 custody level which I would have been eligible for parole and a hardship to be moved closer to my family and love ones.

### *REQUESTED RELIEF*

I'm hoping to be granted immediate relief of my restrictions, promoted to Line 1 G2, ~~and~~ permanently removed from medical/mental health restrictions and caseload, approved for a hardship closest to Ellis County, and compensated for all my funds I was forced to spend on restriction purchases that I wasn't suppose to be on restriction for ~~any~~ such, and reimbursed for the property that was lost, stolen, misplaced, damaged, and destroyed in the possession of TDCJ that was confiscated after the deadly use of forces that occurred on January 9, 2022 that were undocumented and unjustified and resulted in serious injury which I was not provided access to medical and mental health services and deprived of my food for over 72 hours.

Deondray Raymond Mason #1980667 Preston Smith Unit

~~[scribbled out line]~~

Review of current TDCJ records will support my requested relief due to the illegal organized criminal activities that has been continuously committed against me that which resulted in me being held falsely imprisoned for falsified and fabricated allegations since the June 12, 2018 incident on the Joe F. Gurney Unit.

Acts that has violated the American with Disabilities Act, Civil Rights of Incarcerated Persons Act, Public Information Act, Rehabilitation Act, and Religious Land Use and Institutionalized Persons Act which such allegations of assault and battery, negligence, and intentional infliction of mental and emotional distress will be supported through the documentary records and ~~recorded~~ if accessible, mounted and handheld camerage footage and that those directly and indirectly involved should be reported to the highest degree of authority and hope that such severity and seriousness of ~~such~~ complaint be handled accordingly to prevent any evil intended/motivated actions warranted against me out of retaliation, harassment, and discrimination to avoid any further life endangering events that has been committed in the traumatic experiences during my incarceration which I've constantly exhausted administrative remedies and filed civil claims yet due to the falsified and fabricated allegations and the misuse and abuse of official authority and information by those directly and indirectly involved have done to limit and prevent my access to courts, counsels, and public officials and also deprived me of the needed communication with my family and loved ones that was also committed involving tampering and destruction of evidence, mail, property, etc that has been a norm by those assigned at the units I've constantly filed grievances on and hope that such complaint is immediately investigated due to the denied request(s) of investigations I asked for from the OIG's to ~~the~~ conduct which they also claimed there was no evidence to support my claims of deadly use of forces (1st at the Bill Clements Unit) and sexual misconduct/assault/abuse/harassment which initially began at the Clemmens Unit in 2019.

REFER THE FEW OF MANY CIVIL CLAIMS IVE FILED SINCE 2018:

2:20-CV-00236-Z-BR MASON V ANDERSON ET AL
2:21-CV-00164-Z-BR MASON V ADAM GONZALEZ ET AL
2:21-CV-00165-Z-BR MASON V MENTAL HEALTH DEPT ET AL
2:20-CV-00330 MASON V ARIEL BURKS ET AL
4:22-W-00867 MASON V TDCJ
5:20-CV-00242-C MASON V TDCJ CID DIRECTOR
5:21-CV-00126-H MASON V TDCJ CID DIRECTOR
6:20-CV-00570 MASON V R. SANCHEZ ET AL

MANY MORE IN THE FOLLOWING DISTRICT COURTS THAT I NO LONGER HAVE SUCH LEGAL DOCUMENTS OF DUE TO LOST, STOLEN, MISPLACED, DAMAGED, AND DESTROYED PROPERTY THAT WAS IN THE CONTROL CARE AND CUSTODY (POSSESSION) OF TDCJ EMPLOYEES:

NORTHERN DISTRICT COURT OF AMARILLO
NORTHERN DISTRICT COURT OF DALLAS
NORTHERN DISTRICT COURT OF FORT WORTH
NORTHERN DISTRICT COURT OF LUBBOCK
SOUTHERN DISTRICT COURT OF HOUSTON
SOUTHERN DISTRICT COURT OF GALVESTON
EASTERN DISTRICT COURT OF TYLER

INFO: DEONDRAY RAYMOND MASON TDCJ #2198087
SSI# 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   STATE ID# 08419467
GED CERTIFICATE #1994613   STUDENT ID# 08054215

PARALEGAL GRADUATE FROM (OCTOBER 18, 2022)
BLACKSTONE CAREER INSTITUTE
PO BOX 3717
ALLENTOWN PA 18106

IVE CONTINUOUSLY REQUESTED THIS TO BE ACKNOWLEDGED BY TDCJ, TBCJ, AND ANY OTHER AGENCIES, DEPARTMENTS, AND OFFICIALS YET SUCH BENEFICIAL RECORDS HAVE NOT BEEN TAKEN NOR HANDLED APPROPRIATELY.

You need to submit grievances through the unit grievance invest. Sending them to Mr. Dunbar will not get them processed.



J.Back

---

*I've already exhausted administrative remedies multiple times.

After presenting my civil claims to TDCJ CID Director this individual refuses to notify proper TDCJ departments of such severe and serious complaint.

DEONDRAY RAYMOND MASON
PRESTON SMITH
1313 CR/9
LAMESA TX 79331

02198087

United States Courts
Southern District of Texas
FILED

FEB 03 2023

Nathan Ochsner, Clerk of Court

SOUTHERN DISTRICT COURT OF HOUSTON
PO BOX 61010
HOUSTON TX 77208

LEGAL
MAIL